DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL PULGARIN-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL PULGARIN-MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) | No. 1:09-cr-0300 LJO <br><br> DEFENDANT'S STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER <br><br> DATE:  December 18, 2009 <br> TIME:  9:00 AM <br> JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the sentencing hearing in the above-entitled matter now set for November 20, 2009, may be continued to **December 18, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow additional time for sentencing preparation and defense investigation regarding sentencing prior to hearing. The requested new hearing date and continuance will conserve time and resources for the parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                    LAWRENCE G. BROWN
United States Attorney

DATED: November 17, 2009         /s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney
Attorney for Plaintiff

                                                    DANIEL J. BRODERICK
Federal Defender

DATED: November 17, 2009         /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
RAUL PULGARIN-MARTINEZ

**O R D E R**

<u>THE REQUEST IS DENIED.  WITHOUT SPECIFICS TO EXPLAIN WHY THE ADDITIONAL TIME IS NEEDED, GOOD CAUSE IS ABSENT.</u>

IT IS SO ORDERED.

**Dated:   November 17, 2009**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Defendant's Stipulation to Continue
Sentencing Hearing and Proposed Order