DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL PULGARIN-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0300 LJO |
|---|---|---|
| Plaintiff, | ) | **AMENDED** DEFENDANT'S STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | ) | |
| RAUL PULGARIN-MARTINEZ, | ) | |
| Defendant. | ) | DATE:   December 18, 2009<br>TIME:   9:00 AM<br>JUDGE:  Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the sentencing hearing in the above-entitled matter now set for November 20, 2009, may be continued to **December 18, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow additional time for sentencing preparation and defense investigation regarding sentencing prior to the hearing.  Originally, it was anticipated that a stipulation could be reached between the parties concerning the number of marijuana plants involved.  However, there is still a dispute as to the exact number.  Defense has contacted the agents involved in the case to ascertain a breakdown on the plants found:  some were planted in the ground, other were in pots.  In this case, the marijuana was destroyed before defense had an opportunity to conduct their own count and inspection.  The destruction of the marijuana was done without notice to or knowledge by the Assistant United States Attorney on the case.  Defense would request additional time to get information regarding the count from the case agents, two of which are currently on vacation.

1  Additionally, depending on the information received from the agents, defense investigators along with
2  counsel may visit the grow site.  Therefore, a continuance in this matter is respectfully requested.  The
3  requested new hearing date and continuance will conserve time and resources for the parties and the court.

                                                          LAWRENCE G. BROWN
                                                          United States Attorney

7  DATED:  November 18, 2009         /s/  Kevin P. Rooney
                                                          KEVIN P. ROONEY
8                                                 Assistant United States Attorney
                                               Attorney for Plaintiff

10                                                DANIEL J. BRODERICK
                                               Federal Defender

12 DATED:  November 18, 2009          /s/  Charles J. Lee
                                               CHARLES J. LEE
13                                              Assistant Federal Defender
                                             Attorney for Defendant
14                                              RAUL PULGARIN-MARTINEZ

## **O R D E R**

IT IS SO ORDERED.

**Dated:    November 18, 2009**              /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE